O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS A. HALL, ) | Case No. CV 11-04282 DDP (RZx) |
| ) Plaintiff, ) | **ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO EXTEND TIME IN WHICH TO REPLY TO DEFENSES' MOVING PAPERS** |
| v. ) ) | |
| AMERICAN HOME MORTGAGE ) SERVICING, INC., T.D., ) SERVICE COMPANY, MORTGAGE ) ELECTRONIC REGISTRATION ) SYSTEMS, INC. (MERS)as ) Beneficiary, all person ) unknown claiming ot have ) legal, equitable lien, and ) estate at 3145 West 75th ) Street, Los Angeles, CA ) 90043, ) ) Defendants. ) ) _____ ) | [Request filed on 08/01/2011] |

Presently before the court is Plaintiff's Request for Extension of Time to respond to Defenses' Moving Papers. (Dkt. No. 18.) Having considered the parties papers and the arguments therein, the court GRANTS Plaintiff's request in part.

Accordingly, Plaintiff shall file her opposition to Defendants' Motion to Dismiss and Motion to Strike/Expunge Lis

Pendens on or before September 9, 2011. Defendants shall file any reply thereto on or before September 16, 2011.

IT IS SO ORDERED.

Dated: August 25, 2011

DEAN D. PREGERSON
United States District Judge

2